IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, *et al.*,<br><br>Plaintiffs–Appellees,<br><br>v.<br><br>JOHN ROBBINS in his official capacity as President of the Iowa State Board of Educations, *et al.*,<br><br>Defendants–Appellants. | Case No. 24-1082<br><br><br>APPELLANTS' DESIGNATION & STATEMENT OF ISSUES |

John Robbins, McKenzie Snow, and Chad Janzen ("State Defendants"), submit the following designation and statement of issues under the Federal Rules of Appellate Procedure. This appeal follows from Case No. 4:23-cv-00474-SHL-SBJ (S.D. Iowa). The designation from companion case *Iowa Safe Schools v. Reynolds,* No. 24-1075, 4:23-cv-00474-SHL-SBJ (S.D. Iowa), is also included.

## I.   Designation.

Defendants and Plaintiffs have conferred and agreed to the following joint designation of the record for the appendix, under Eighth Circuit Rule 30A:

<u>Iowa Safe Schools v. Reynolds</u>

- Complaint (Dkt. 1)
- Motion for Preliminary Injunction (Dkt. 2) and attached exhibits
- State Defendants' Resistance to Motion for Preliminary Injunction (Dkt. 53) and attached affidavits

- Plaintiffs' Reply Brief to State Defendants' Resistance (Dkt. 59)
- Transcript of Proceedings (Dkt. 62)
- Order on Motion for Preliminary Injunction (Dkt. 65)

*Penguin Random House v. Robbins*

- Complaint (Dkt. 1) and attached exhibits
- Motion for Preliminary Injunction (Dkt. 28)
- Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 34) and attached exhibits
- School District Defendants' Response to the Motion For Preliminary Injunction (Dkt. 40)
- State Defendants' Resistance to Motion for Preliminary Injunction (Dkt. 45) and attached affidavits
- Plaintiffs' Reply Brief to State Defendants' Resistance (Dkt. 53)
- Transcript of Proceedings (Dkt. 55)
- Order on Motion for Preliminary Injunction (Dkt. 56)

**II.  Statement of Issues.**

Defendants intend to present the following issues on appeal:

1.  Whether the district court abused its discretion or otherwise erred when it imposed a preliminary injunction against Iowa Senate File 496.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan

Solicitor General

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS