# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eric H. Wessan
**cc:** Kirstie Ann Brenson
Alexa Smedley Den Herder
Adam J. Diederich
Meera Sarina Gorjala
Christy Ann Aumer Hickman
Daniel Joe Johnston
Becky S. Knutson
Todd M. Lantz
Katie Schoolen
Jason R. Smith
Frederick J. Sperling
Mark E. Weinhardt

**FROM:** Clifford R. Jackson

**DATE:** March 08, 2024

**RE:** 24-1082  Penguin Random House, LLC, et al v. John Robbins, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
__x__ Please reverse the order of the dual citations and please also include an appendix reference for the references to the district court docket only.
(App.____ R. Doc. _____, at _____.) **Please use this format.**

Again, your brief cannot be filed until you correct these defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.