No. 24-1082

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

___

Penguin Random House, LLC, et al.,
Plaintiffs-Appellees
v.
John Robbins, in his official capacity as President
of the Iowa State Board of Education, et al.,
Defendants-Appellants

___

Appeal from the United States District Court for the
Southern District of Iowa
Case No. 4:23-cv-00478
The Honorable Stephen H. Locher

___

# PLAINTIFFS-APPELLEES' ADDENDUM

| | |
|---|---|
| Frederick J. Sperling | Mark E. Weinhardt |
| Adam J. Diederich | Todd M. Lantz |
| Kirstie Brenson | Jason R. Smith |
| Meera Gorjala | THE WEINHARDT LAW FIRM |
| ARENTFOX SCHIFF LLP | 2600 Grand Avenue, Suite 450 |
| 233 South Wacker Drive | Des Moines, Iowa 50312 |
| Suite 7100 | (515) 244-3100 |
| Chicago, Illinois 60606 | |
| (312) 258-5500 | Christy A.A. Hickman |
| | Becky S. Knutson |
| | Katherine E. Schoolen |
| | Iowa State Education Association |
| | 777 Third Street |
| | Des Moines, Iowa 50309 |
| | (515) 471-8004 |

*Counsel for Plaintiffs-Appellees*

**ORAL ARGUMENT REQUESTED**

# EXHIBIT L-2

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | **Removed In:** | | | |
| 2 | **Title** | **Author Name** | **Alta-Aurelia** | **Nevada** | **Norwalk** | **Urbandale** | **Winterset** |
| 3 | 1984 | George Orwell | | x | | | x |
| 4 | #famous | Jilly Gagnon | | x | | | |
| 5 | A Child Called "It" | Dave Pelzer | | x | | | |
| 6 | A Court of Frost and Starlight | Sarah J. Maas | | x | x | x | x |
| 7 | A Court of Mist and Fury | Sarah J. Maas | | x | x | x | x |
| 8 | A Court of Silver Flames | Sarah J. Maas | | | x | x | x |
| 9 | A Court of Thorns and Roses | Sarah J. Maas | | | x | x | x |
| 10 | A Court of Wings and Ruin | Sarah J. Maas | | x | | x | x |
| 11 | A Court of Wings and Ruins | Sarah J. Maas | | | x | | |
| 12 | A Different Season | Author Unknown | x | | | | |
| 13 | A Girl Like That | Tanaz Bhathena | | x | | | |
| 14 | A Heart in a Body in the World | Deb Caletti | | x | | | |
| 15 | A High Five for Glenn Burke | Phil Bildner | | | x | | |
| 16 | A Million Junes | Emily Henry | | x | | | |
| 17 | A Million Suns | Beth Revis | | x | | | |
| 18 | A Queer History of the United States | Michael Bronski | x | | | | |
| 19 | A Scatter of Light | Malinda Lo | | | | | x |
| 20 | A Stolen Life | Jaycee Dugard | | x | x | x | |
| 21 | A Taxonomy of Love | Rachael Allen | | x | | | |
| 22 | A Thousand Splendid Suns | Khaled Hosseini | | | | | x |
| 23 | A Very, Very Bad Thing | Jeffery Self | | x | | | |
| 24 | Ace of Spades | Faridah Àbíké-Íyímídé | x | x | | | |
| 25 | Across the Universe | Beth Revis | | x | | | |
| 26 | Afterworlds | Scott Westerfield | x | | | | |
| 27 | All Boys Aren't Blue | George M. Johnson | | | x | x | |
| 28 | All the Bright Places | Jennifer Niven | | x | | | x |
| 29 | All the Days Past, All the Days to Come | Mildred D. Taylor | | x | | | |
| 30 | All the Stars and Teeth | Adalyn Grace | | x | | | |
| 31 | All the Tides of Fate | Adalyn Grace | | x | | | |
| 32 | All This Time | Mikki Daughtry, Rachael Lippincott | | x | | | |
| 33 | Almost Flying | Jake Maria Arlow | | | x | | |
| 34 | Ana on the Edge | AJ Sass | | | x | | |
| 35 | Anatomy of a Boyfriend | Daria Sndowsky | | | | x | |
| 36 | Anatomy of a Single Girl | Daria Sndowsky | | | | x | |
| 37 | Animal Farm | George Orwell | | x | | | |
| 38 | Anna and the French Kiss | Stephanie Perkins | | x | | | |
| 39 | Announcing Trouble | Amy Fellner Dominy | | x | | | |
| 40 | Any Way the Wind Blows | Rainbow Rowell | | | | | x |
| 41 | Archenemy | Paul Hobin | | | x | | |
| 42 | Aristotle and Dante Discover the Secrets of the Universe | Benjamin Alire Sáenz | | x | | | |
| 43 | Athletic Shorts | Chris Crutcher | x | | | | |
| 44 | Away We Go | Emil Ostrovski | | x | | | |
| 45 | Beauty and the Besharam | Lillie Vale | | x | | | |
| 46 | Before I Fall | Lauren Oliver | | x | | | |
| 47 | Being Jazz | Jazz Jennings | | | x | | |
| 48 | Being You | Author Unknown | x | | | | |
| 49 | Beloved | Toni Morrison | | | | x | x |
| 50 | Bend In The Road | Nicholas Sparks | | x | | | |
| 51 | Bitterblue | Kristin Cashore | | | | | x |
| 52 | Black Witch | Laurie Forest | | x | | | |
| 53 | Blood & Honey | Shelby Mahurin | | x | | | |
| 54 | Blood Water Paint | Joy McCullough | | | | | x |
| 55 | Book of Broken Hearts | Sarah Ockler | | x | | | |
| 56 | Boy Meets Boy | David Levithan | | x | | | |
| 57 | Boys I Know | Anna Gracia | | x | | | |
| 58 | Brave Face: A Memoir | Shaun David Hutchinson | | | x | | |
| 59 | Brave New World | Aldous Huxley | | x | | | x |
| 60 | Breaking Dawn | Stephanie Meyer | x | | | | |
| 61 | Breathless | Jennifer Niven | | | | x | |
| 62 | Bridge From Me to You | Lisa Schroeder | | x | | | |
| 63 | Burned (by Ellen Hopkins) | Ellen Hopkins | x | | | | |
| 64 | Burned | P.C. Cast | x | | | | |
| 65 | Call Me By Your Name | Andre Aciman | | | | x | |
| 66 | Caprice | Coe Booth | | x | | | |
| 67 | Cave in the Clouds | Susan Elizabeth McClelland, Ahmed Badeeah Hassan | | x | | | |
| 68 | Chinese Handcuffs | Chris Crutcher | x | | | | |
| 69 | Chlamydia | Amy Breguet | x | | | | |

|     | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   |   |   | Removed In: | | | |
| 2 | Title | Author Name | Alta-Aurelia | Nevada | Norwalk | Urbandale | Winterset |
| 70 | Cinderella is Dead | Kalynn Bayron | x | | | | |
| 71 | City of Ashes | Cassandra Clare | | x | | | |
| 72 | City of Bones | Cassandra Clare | | x | | | |
| 73 | City of Fallen Angels | Cassandra Clare | | x | | | |
| 74 | City of Glass | Cassandra Clare | | x | | | |
| 75 | City of Heavenly Fire | Cassandra Clare | | x | | | |
| 76 | City of Lost Souls | Cassandra Clare | | x | | | |
| 77 | Class Act | Jerry Craft | x | | | | |
| 78 | Coming up for Air | Nicole B. Tyndall | | x | | | |
| 79 | Corn Goddess | Stephanie Dickinson | | x | | | |
| 80 | Court | Tracy Wolff | | x | | | |
| 81 | Covet | Tracy Wolff | | x | | | |
| 82 | Crank | Ellen Hopkins | | | | x | x |
| 83 | Crave | Tracy Wolff | | x | | | |
| 84 | Crown of Midnight | Sarah J. Maas | | x | | | |
| 85 | Crush | Tracy Wolff | | x | | | |
| 86 | Damsel | Elana K. Arnold | | | | x | x |
| 87 | Dark Triumph | Robin LaFevers | | | | | x |
| 88 | Date Rape | Mary E. Williams | | x | | | |
| 89 | Dating Makes Perfect | Pintip Dunn | | x | | | |
| 90 | Daughter of Smoke & Bone | Laini Taylor | | x | | | |
| 91 | Days of Blood & Starlight | Laini Taylor | | x | | | |
| 92 | Days of Infamy | Lawrence Goldstone | x | | | | |
| 93 | Deep Dark Blue: A Memoir of Survival | Polo Tate | | x | | | |
| 94 | Demon Tide | Laurie Forest | | x | | | |
| 95 | Draw the Line | Kathryn Otoshi | x | | | | |
| 96 | Dreaming in Cuban | Christina Garcia | | | | | x |
| 97 | Dreamland | Sarah Dessen | | x | | | |
| 98 | Dumplin' | Julie Murphy | | x | | | |
| 99 | Eclipse | Stephanie Meyer | x | | | | |
| 100 | Edge of Ready | L.B. Tillit | | x | | | |
| 101 | Eleanor & Park | Rainbow Rowell | | x | | | |
| 102 | Emmy & Oliver | Robin Benway | | x | | | |
| 103 | Empire of Storms | Sarah J. Maas | | x | x | x | x |
| 104 | Endometriosis | Stephanie Watson | x | | | | |
| 105 | Every Last Word | Tamara Ireland Stone | | x | | | |
| 106 | Everything Everything | Nicola Yoon | | | | | x |
| 107 | Everything, Everything | Nicola Yoon | | x | | | |
| 108 | Evil Queen | Gena Showalter | | x | | | |
| 109 | Extraordinary Means | Robyn Schneider | | x | | | |
| 110 | Extremely Loud and Incredibly Close | Jonathan Safran Foer | | x | | | x |
| 111 | Family of Liars | E. Lockhart | | x | | | |
| 112 | Fangirl | Rainbow Rowell | | x | | | |
| 113 | Feed | M.T. Anderson | | x | | | |
| 114 | Feminism | Author Unknown | x | | | | |
| 115 | Find Me | Tahereh Mafi | | x | | | |
| 116 | Fire | Kristin Cashore | | | | | x |
| 117 | Firefly Lane | Kristin Hannah | | x | | | |
| 118 | Five Feet Apart | Rachael Lippincott, Mikki Daughtry, Tobias Iaconis | | x | | | |
| 119 | Forever | Judy Blume | | | x | x | |
| 120 | Forrest Gump | Winston Groom | | | x | | |
| 121 | Frankie & Bug | Gayle Forman | | | x | | |
| 122 | Frankly in Love | David Yoon | | x | | | |
| 123 | Frequently Asked Questions About Same-Sex Marriage | Tracy Brown | | | x | | |
| 124 | Furyborn | Claire Legrand | | | | | x |
| 125 | Gabi, A Girl in Pieces | Isabel Quintero | | | | | x |
| 126 | Gay & Lesbian Parents | Juliana Fields | | | x | | |
| 127 | Gender Equality | Marie Des Neiges Leonard | | | x | | |
| 128 | Gender Queer | Maia Kobabe | | | | x | |
| 129 | Genital Herpes | Greg Saulmon | x | | | | |
| 130 | Girl in Pieces | Kathleen Glasgow | | x | | | |
| 131 | Girl, Unframed | Deb Caletti | | x | | | |
| 132 | Glass Sword | Victoria Aveyard | | x | | | |
| 133 | Gods & Monsters | Shelby Mahurin | | x | | | |
| 134 | Going Bovine | Libba Bray | | x | | | x |
| 135 | Going Viral | Katie Cicatelli-Kuc | x | | | | |
| 136 | Gonorrhea | Christopher Michaud | x | | | | |

Exhibit L-2

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | Removed In: | | |
| 2 | Title | Author Name | Alta-Aurelia | Nevada | Norwalk | Urbandale | Winterset |
| 137 | Gracefully Grayson | Ami Polonsky | | | x | | x |
| 138 | Graceling | Kristin Cashore | | | | | x |
| 139 | Grendel | John Gardner | | x | | | |
| 140 | grl2grl | Julie Anne Peters | | | | | x |
| 141 | Having Young | Kimberly Jane Pryor | x | | | | |
| 142 | He Said, She Said | Kwame Alexander | | x | | | |
| 143 | Heart Bones | Colleen Hoover | | x | | | x |
| 144 | Hearts, Strings, and Other Breakable Things | Jacqueline Firkins | | x | | | |
| 145 | Heartstopper (Graphic Novel) | Alice Oseman | x | | | | |
| 146 | Heir of Fire | Sarah J. Maas | | x | | | |
| 147 | Hey, Kiddo | Jarrett J. Krosoczka | x | x | | | |
| 148 | History Is All You Left Me | Adam Silvera | | x | | | |
| 149 | Holding Up the Universe | Jennifer Niven | | x | | | |
| 150 | House of Earth and Blood | Sarah J. Maas | | x | | | |
| 151 | Human Trafficking | Kathryn Cullen-DuPont | | x | | | |
| 152 | I Am Not Your Perfect Mexican Daughter | Erika L. Sanchez | | x | | | x |
| 153 | I Know Why the Caged Bird Sings | Maya Angelou | | x | | | x |
| 154 | I Was Here | Gayle Forman | | x | | | |
| 155 | Identical | Ellen Hopkins | | x | | x | x |
| 156 | If I Stay | Gayle Forman | | x | | | |
| 157 | If I Was Your Girl | Meredith Russo | | x | | | |
| 158 | Ignite Me | Tahereh Mafi | | x | | | |
| 159 | I'll Give You the Sun | Jandy Nelson | | x | | | |
| 160 | I'm the Girl | Courtney Summers | | | | | x |
| 161 | Imaginary Girls | Nova Ren Suma | | x | | | |
| 162 | Imagine Me | Tahereh Mafi | | x | | | |
| 163 | Impulse | Ellen Hopkins | | x | | | |
| 164 | In the Key of Us | Mariana Lockington | | | x | | |
| 165 | Inexcusable | Chris Lynch | | x | | | |
| 166 | Infinite in Between | Carolyn Mackler | | x | | | |
| 167 | Instructions for Dancing | Nicola Yoon | | x | | | |
| 168 | Into the Still Blue | Veronica Rossi | | x | | | |
| 169 | Invisible Man | Ralph Ellison | | x | | | x |
| 170 | Isla and the Happily Ever After | Stephanie Perkins | | x | | | |
| 171 | It | Stephen King | | | | | x |
| 172 | It Ends with Us | Colleen Hoover | | x | | | |
| 173 | It Starts with Us | Colleen Hoover | | x | | | |
| 174 | It's Not Me, It's You | Stephanie Kate Strohm | | x | | | |
| 175 | It's Not Summer Without You | Jenny Han | | x | | | |
| 176 | Ivy Aberdeen's Letter to the World | Ashley Herring Blake | | | x | | |
| 177 | Jack of Hearts (and other parts) | Lev A. C. Rosen | | x | | | |
| 178 | Just One Day | Gayle Forman | | x | | | |
| 179 | Just One Year | Gayle Forman | | x | | | |
| 180 | Kaffir Boy | Mark Mathabane | | | | | x |
| 181 | Kingdom of Ash | Sarah J. Maas | | x | | x | |
| 182 | King's Cage | Victoria Aveyard | | x | | | |
| 183 | Kingsbane | Claire Legrand | | | | | x |
| 184 | Language of Seabirds | Will Taylor | | x | | | |
| 185 | Last Night at the Telegraph Club | Malinda Lo | | | | | x |
| 186 | Last True Poets of the Sea | Julia Drake | | x | | | |
| 187 | Lawn Boy | Jonathan Evison | | | | | x |
| 188 | Let Me List the Ways | Sarah White | | x | | | |
| 189 | Life is Funny | E. R. Frank | | | | | x |
| 190 | Light Mage | Laurie Forest | | x | | | |
| 191 | Lightbringer | Claire Legrand | | | | | x |
| 192 | Like a Love Story | Abdi Nazemian | | | | x | x |
| 193 | Lily and Dunkin | Donna Gephart | | | x | | x |
| 194 | Living Dead Girl | Elizabeth Scott | | | | | x |
| 195 | Lock and Key | Sarah Dessen | | x | | | |
| 196 | Looking for Alaska | John Green | x | x | | x | x |
| 197 | Love and Lies of Rukhsana Ali | Sabina Khan | | x | | | |
| 198 | Loveboat Taipei | Abigail Hing Weng | | | | | x |
| 199 | Marco Impossible | Hannah Moskowitz | | | x | | |
| 200 | Marriage Rights and Gay Rights | Barbara Hollander | x | | | | |
| 201 | Maus (Graphic Novel) | Art Spiegelman | x | | | | |
| 202 | Me and Earl and the Dying Girl | Jesse Andrews | | x | | | |
| 203 | Melissa | Alex Gino | | | x | | x |
| 204 | Memoirs of a Geisha | Arthur Golden | | x | x | | x |
| 205 | Middle School's a Drag | Greg Howard | x | | | | |

Source: https://databases.desmoinesregister.com/database-books-removed-from-libraries-in-iowa-school-districts/

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | Removed In: | | |
| 2 | Title | Author Name | Alta-Aurelia | Nevada | Norwalk | Urbandale | Winterset |
| 206 | Midnight in the Garden of Good and Evil | John Berendt | | | | | x |
| 207 | Milk and Honey | Rupi Kaur | | | | x | |
| 208 | More Happy Than Not | Adam Silvera | | x | | | |
| 209 | Morris Micklewhite and the Tangerine Dress | Christine Baldacchino | | | x | | |
| 210 | Muted | Tami Charles | | x | | | |
| 211 | My Friend Dahmer | Derf Backderf | | | | | x |
| 212 | My Life as a Diamond | Jenny Manzer | | | x | | |
| 213 | My Moms Love Me | Anna Membrino | | | x | | |
| 214 | Native Son | Richard Wright | | | | x | |
| 215 | Never Always Sometimes | Adi Alsaid | | x | | | |
| 216 | Never Never | Colleen Hoover, Tarryn Fisher | | x | | | x |
| 217 | New Kid (Graphic Novel) | Jerry Craft | x | | | | |
| 218 | New Moon | Stephanie Meyer | x | | | | |
| 219 | Night | Elie Wiesel | | x | | | |
| 220 | Night Road | Kristin Hannah | | x | | | |
| 221 | Nineteen Minutes | Jodi Picoult | x | | | x | x |
| 222 | Now and Forever | Susane Colasanti | | x | | | |
| 223 | Obie is Man Enough | Schuyler Bailar | | | x | | |
| 224 | Odd One Out | Nic Stone | | x | | | |
| 225 | One Life | Sarah Durand | | | x | | |
| 226 | Online Pornography (Opposing Viewpoints) | David Nelson (Editor) | | x | | | |
| 227 | Ordinary Hazards | Nikki Grimes | | x | | | x |
| 228 | Out of Darkness | Ashley Hope Perez | | | | x | x |
| 229 | Pablo | Julie Birmant | | | | | x |
| 230 | People Kill People | Ellen Hopkins | | | | | x |
| 231 | Perfect | Ellen Hopkins | | | | | x |
| 232 | Pet | Akwaeke Emezi | | | x | | |
| 233 | Plan B | Charnan Simon | | x | | | |
| 234 | Point of Retreat | Colleen Hoover | | x | | | x |
| 235 | Pretty Lies | Jay Aheer (Illustrator), Blake Blessing | | x | | | |
| 236 | Pride: The Story of Harvey Milk and the Rainbow Flag | Rob Sanders | | | x | | |
| 237 | Prince and Knight | Daniel Haack | x | | | | |
| 238 | Protests & Riots | Michael V. Uschan | x | | | | |
| 239 | Puddin' | Julie Murphy | | x | | | |
| 240 | Pumpkin | Julie Murphy | | x | | | |
| 241 | Push | Sapphire | | | | x | |
| 242 | Queen of Shadows | Sarah J. Maas | | x | | | |
| 243 | Rainbow Revolutionaries | Sarah Prager | | | x | | |
| 244 | Rape | Mary E. Williams (Editor) | | x | | | |
| 245 | Rape and Sexual Assault | Rebecca T. Klein | | x | | | |
| 246 | Ready or Not | Meg Cabot | | | | x | |
| 247 | Red Hood | Elana K. Arnold | | | | x | |
| 248 | Red Queen | Victoria Aveyard | | x | | | |
| 249 | Red Scrolls of Magic | Cassandra Clare | | | | | x |
| 250 | Reflection: A Twisted Tale | Elizabeth Lim | x | | | | |
| 251 | Regretting You | Colleen Hoover | | x | | | x |
| 252 | Reminders of Him | Colleen Hoover | | x | | | |
| 253 | Restore Me | Tahereh Mafi | | x | | | |
| 254 | Revolution of Birdie Randolph | Brandy Colbert | | x | | | |
| 255 | Rick | Alex Gino | x | | x | | |
| 256 | Rise to the Sun | Leah Johnson | x | | | | |
| 257 | Round House | Louise Erdrich | | x | | | |
| 258 | Rumor Game | Dhonielle Clayton, Sona Charaipotra | | x | | | |
| 259 | Saga | Brian K. Vaughan | | | | x | |
| 260 | Saint Anything | Sarah Dessen | | x | | | |
| 261 | Salvage | Alexandra Duncan | | x | | | |
| 262 | Saving Montgomery Sole | Mariko Tamaki | | | x | | |
| 263 | Send Pics | Lauren McLaughlin | | x | | | |
| 264 | September Girls | Bennett Madison | | x | | | |
| 265 | Serpent & Dove | Shelby Mahurin | | x | | | |
| 266 | Sexting | Stefan Kiesbye (Editor) | | x | | | |
| 267 | Shades of Earth | Beth Revis | | x | | | |
| 268 | Shadow Wand | Laurie Forest | | x | | | |
| 269 | Shatter Me | Tahereh Mafi | | x | | | |
| 270 | Shine | Lauren Myracle | | | | x | |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |  |  |  | Removed In: |  |  |  |
| 2 | Title | Author Name | Alta-Aurelia | Nevada | Norwalk | Urbandale | Winterset |
| 271 | Shout | Laurie Halse Anderson |  | x |  |  | x |
| 272 | Simon vs. the Homo Sapiens Agenda | Becky Albertalli |  | x |  |  |  |
| 273 | Slammed | Colleen Hoover |  | x |  |  | x |
| 274 | Slaughterhouse Five | Kurt Vonnegut |  | x |  |  | x |
| 275 | Smoke | Ellen Hopkins |  | x |  |  |  |
| 276 | So Much Closer | Susane Colasanti |  | x |  |  |  |
| 277 | So This is Ever After | FT Lukens |  |  | x |  |  |
| 278 | Sold | Patricia McCormick |  | x | x | x | x |
| 279 | Solitaire | Alice Oseman | x |  |  |  |  |
| 280 | Someone Like You | Sarah Dessen |  | x |  |  |  |
| 281 | Something Like Fate | Susane Colasanti |  | x |  |  |  |
| 282 | Song of Solomon | Toni Morrison |  |  |  | x |  |
| 283 | Speak | Laurie Halse Anderson |  | x |  |  | x |
| 284 | Starry Eyes | Jenn Bennett |  | x |  |  |  |
| 285 | Suicide Notes from Beautiful Girls | Lynn Weingarten |  | x |  |  |  |
| 286 | Sula | Toni Morrison |  | x |  |  |  |
| 287 | Surrender Your Sons | Adam Sass |  |  |  |  | x |
| 288 | Sweet Treats & Secret Crushes | Lisa Greenwald |  | x |  |  |  |
| 289 | Syphilis | Adam Winters | x |  |  |  |  |
| 290 | Teen Sex | Christine Watkins |  | x |  |  |  |
| 291 | Tell Me Three Things | Julie Buxbaum |  | x |  |  |  |
| 292 | That Summer | Sarah Dessen |  | x |  |  |  |
| 293 | The 57 Bus | Dashka Slater | x |  |  |  |  |
| 294 | The Absolutely True Diary of a Part-Time Indian | Sherman Alexie | x | x |  |  | x |
| 295 | The Best At It | Maulik Pancholy |  |  | x |  |  |
| 296 | The Bluest Eye | Toni Morrison |  | x | x | x |  |
| 297 | The Cardboard Kingdom (Graphic Novel) | Chad Sell | x |  |  |  |  |
| 298 | The Carnival at Bray | Jessie Ann Foley |  |  |  | x |  |
| 299 | The Cellar | Natasha Preston |  |  |  |  | x |
| 300 | The Chocolate War | Robert Cormier | x | x |  |  |  |
| 301 | The Color Purple | Alice Walker |  | x | x | x | x |
| 302 | The Cost of Knowing | Brittney Morris |  | x |  |  |  |
| 303 | The Deepest Breath | Meg Grehan |  |  | x |  |  |
| 304 | The Difference Between You & Me | Madeleine George |  |  | x |  |  |
| 305 | The Duff | Kody Keplinger |  |  |  | x |  |
| 306 | The Face on the Milk Carton | Caroline B. Cooney | x |  |  |  |  |
| 307 | The Fault in Our Stars | John Green | x | x |  |  |  |
| 308 | The Female of the Species | Mindy McGinnis |  |  |  |  | x |
| 309 | The First Part Last | Angela Johnson |  | x |  |  |  |
| 310 | The Girl With the Dragon Tattoo | Stieg Larsson |  | x |  |  |  |
| 311 | The Glass Castle | Jeannette Walls |  |  |  |  | x |
| 312 | The Gravity of Us | Phillip Stamper |  | x |  |  |  |
| 313 | The Handmaid's Tale | Margaret Atwood |  | x | x | x | x |
| 314 | The Hate U Give | Angie Thomas |  | x |  |  |  |
| 315 | The Haters | Jesse Andrews |  |  |  | x | x |
| 316 | The House of Hades | Rick Riordan | x |  |  |  |  |
| 317 | The Infinite Moment of Us | Lauren Myracle |  | x | x | x | x |
| 318 | The Insiders | Mark Oshiro |  |  | x |  |  |
| 319 | The Iron Flower | Laurie Forest |  | x |  |  |  |
| 320 | The Kite Runner | Khaled Hosseini | x |  | x |  | x |
| 321 | The Last Night at the Telegraph Club | Malinda Lo |  |  |  | x |  |
| 322 | The Loose Ends List | Carrie Firestone |  | x |  |  |  |
| 323 | The Lost Book of the White | Cassandra Clare |  |  |  |  | x |
| 324 | The Lost Boy: A Foster Child's Search for the Love of a Family | Dave Pelzer |  | x |  |  |  |
| 325 | The Lovely Bones | Alice Sebold | x | x |  |  |  |
| 326 | The Magic Fish | Le Nguyen Trung |  |  | x |  |  |
| 327 | The Mighty Heart of Sunny St. James | Ashley Herring Blake |  |  | x |  |  |
| 328 | The Moon Within | Aida Salazar |  |  | x |  |  |
| 329 | The Night Owl from Dogfish | Holly Goldberg Sloan |  |  | x |  |  |
| 330 | The Notebook | Nicholas Sparks |  |  |  |  | x |
| 331 | The Nowhere Girls | Amy Reed |  |  |  | x | x |
| 332 | The Opposite of Innocent | Sonya Sones |  | x |  |  |  |
| 333 | The Other Boy | MG Hennessey |  |  | x |  |  |
| 334 | The Pants Project | Cat Clark |  |  | x |  |  |
| 335 | The Perks of Being a Wallflower | Stephen Chbosky |  | x |  | x | x |

Source: https://databases.desmoinesregister.com/database-books-removed-from-libraries-in-iowa-school-districts/

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   |   |   | **Removed In:** | | | |
| 2 | **Title** | **Author Name** | **Alta-Aurelia** | **Nevada** | **Norwalk** | **Urbandale** | **Winterset** |
| 336 | The Picture of Dorian Gray | Oscar Wilde |   | x |   |   |   |
| 337 | The Poet X | Elizabeth Acevedo | x | x |   |   | x |
| 338 | The Privilege of Youth: A Teenager's Story | Dave Pelzer |   | x |   |   |   |
| 339 | The Project | Courtney Summers |   |   |   |   | x |
| 340 | The Rape of Nanking | Iris Chang |   | x |   |   |   |
| 341 | The Sky Is Everywhere | Jandy Nelson |   | x |   |   |   |
| 342 | The Song of Achilles | Madeline Miller |   |   |   |   | x |
| 343 | The Summer I Turned Pretty | Jenny Han |   | x |   |   |   |
| 344 | The Summer of Lost Things | Chantele Sedgwick |   | x |   |   |   |
| 345 | The Summer Prince | Alaya Dawn Johnson |   | x |   |   |   |
| 346 | The Sun and Her Flowers | Rupi Kaur |   |   |   | x |   |
| 347 | The Sun Is Also a Star | Nicola Yoon |   | x |   |   |   |
| 348 | The Truth about Forever | Sarah Dessen |   | x |   |   |   |
| 349 | The Weight of Blood | Tiffany D Jackson |   | x |   |   |   |
| 350 | There's a Girl in My Hammerlock | Jerry Spinelli | x |   |   |   |   |
| 351 | These Hollow Vows | Lexi Ryan |   | x |   |   |   |
| 352 | Thirteen Reasons Why | Jay Asher |   | x |   | x | x |
| 353 | This Day in June | Gayle E. Pittman |   |   | x |   |   |
| 354 | This Girl | Colleen Hoover |   | x |   |   | x |
| 355 | Three Little Words | Sarah N. Harvey |   | x |   |   |   |
| 356 | Throne of Glass | Sarah J. Maas |   | x |   |   |   |
| 357 | Through the Ever Night | Veronica Rossi |   | x |   |   |   |
| 358 | Tilt | Alan Cumyn |   | x | x | x |   |
| 359 | Too Bright to See | Kyle Lukoff |   |   | x |   |   |
| 360 | Tower of Dawn | Sarah J. Maas |   | x |   |   |   |
| 361 | Traffick | Ellen Hopkins |   |   |   |   | x |
| 362 | Tricks | Ellen Hopkins |   | x |   | x |   |
| 363 | Ttfn | Lauren Myracle | x |   |   |   |   |
| 364 | Twilight | Stephanie Meyer | x |   |   |   |   |
| 365 | Two Boys Kissing | David Levithan |   |   |   | x |   |
| 366 | Ugly Truths | Blake Blessing |   | x |   |   |   |
| 367 | Ulysses | James Joyce |   |   |   | x |   |
| 368 | Under the Never Sky | Veronica Rossi |   | x |   |   |   |
| 369 | Unexpected Everything | Morgan Matson |   | x |   |   |   |
| 370 | Unite Me (Shatter Me) | Tahereh Mafi |   | x |   |   |   |
| 371 | Unravel Me | Tahereh Mafi |   | x |   |   |   |
| 372 | Untamed | P.C. Cast | x |   |   |   |   |
| 373 | Urinary Tract Infections | Krista West | x |   |   |   |   |
| 374 | Violet Made of Thorns | Gina Chen |   | x |   |   |   |
| 375 | Waiting For You | Susane Colasanti |   | x |   |   |   |
| 376 | Wake | Lisa McMann |   | x |   |   |   |
| 377 | War Storm | Victoria Aveyard |   | x |   |   |   |
| 378 | Water for Elephants | Sara Gruen |   |   | x | x | x |
| 379 | We Are The Ants | Shaun David Hutchinson |   |   |   |   | x |
| 380 | We Contain Multitudes | Sarah Henstra |   | x |   |   |   |
| 381 | We'll Always Have Summer | Jenny Han |   | x |   |   |   |
| 382 | Whale Talk | Chris Crutcher | x |   |   |   |   |
| 383 | What Girls Are Made Of | Elana K. Arnold |   |   |   | x | x |
| 384 | What If It's Us | Becky Albertalli, Adam Silvera |   | x |   |   |   |
| 385 | What Was Stonewall? | Nico Medina |   |   | x |   |   |
| 386 | What We Saw | Aaron Hartzler |   | x |   |   |   |
| 387 | What's Gender Identity? | Katie Kawa |   |   | x |   |   |
| 388 | When Aidan Became a Brother | Kyle Lukoff |   |   |   |   | x |
| 389 | When We Collided | Emery Lord |   | x |   |   |   |
| 390 | Where She Went | Gayle Forman |   | x |   |   |   |
| 391 | Where the Crawdads Sing | Delia Owens |   | x | x |   |   |
| 392 | Where We Go From Here | Lucas Rocha | x |   |   |   |   |
| 393 | Whisper to Me | Nick Lake |   | x |   |   |   |
| 394 | Who Was Harvey Milk? | Corinne Grinapol |   |   | x |   |   |
| 395 | Whole Thing Together | Ann Brashares |   | x |   |   |   |
| 396 | Why We Broke Up | Daniel Handler |   | x |   |   |   |
| 397 | Wicked | Gregory Maguire |   |   | x | x |   |
| 398 | Wildman | J. C. Geiger |   | x |   |   |   |
| 399 | Will Grayson, Will Grayson | John Green, David Levithan |   | x |   |   |   |
| 400 | Winterkeep - Book 4 | Kristin Cashore |   | x |   |   |   |
| 401 | Winter's Promise: Book One | Christelle Dabos |   | x |   |   |   |
| 402 | Without Annette | Jane B. Mason | x |   |   |   |   |
| 403 | Without Merit | Colleen Hoover |   | x |   |   | x |
| 404 | You & Me at the End of the World | Brianna Bourne |   | x |   |   |   |
| 405 | You Don't Know Me | David Klass |   | x |   |   |   |

Exhibit L-2

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   |   | Removed In: | | | | |
| 2 | Title | Author Name | Alta-Aurelia | Nevada | Norwalk | Urbandale | Winterset |
| 406 | Zenobia | Lisa Bunker |  |  | x |  |  |

## CERTIFICATION OF ELECTRONIC SUBMISSION

I hereby certify that this addendum has been scanned for and is free of viruses.

Dated: April 12, 2024            /s/ Kirstie Brenson
Kirstie Brenson

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I caused a true and correct copy of the foregoing addendum to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system, which will send notification of the filing to all registered users of the CM/ECF system.

Dated: April 12, 2024            /s/ Kirstie Brenson
Kirstie Brenson

*Counsel for Plaintiffs-Appellees*