# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Stephanie N. O'Banion**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**   Greg Harold Greubel
**CC:**   Michael A. Bamberger
          Katherine Blankenship
          Kirstie Ann Brenson
          Robert Corn-Revere
          Alexa Smedley Den Herder
          Adam J. Diederich
          Meera Sarina Gorjala
          Christy Ann Aumer Hickman
          Joshua House
          Cathryn M. Johns
          Daniel Joe Johnston
          Becky S. Knutson
          Todd M. Lantz
          Alice O'Brien
          Rebecca Hughes Parker
          Katie Schoolen
          Jason R. Smith
          Frederick J. Sperling
          Aaron Terr
          Jason Walta
          Mark E. Weinhardt
          Eric H. Wessan
          Owen Richard Wolfe

**FROM:**   Britny N. Williams

**DATE:**   April 23, 2024

**RE:**   24-1082  Penguin Random House, LLC, et al v. John Robbins, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  X     The cover of the brief should indicate whether the brief supports affirmance or reversal.

  X     REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
      X     References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____ , at _____ .) Please add the dual citation R. Doc. to all App. references.

      Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.