# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No: 24-1075

———————————

GLBT Youth in Iowa Schools Task Force, doing business as Iowa Safe Schools; Belinda Scarrott, by next friend P. B.-P.; Richard Carlson, by next friend P.C. & A.C.; Ulrike Carlson, by next friend P.C. & A.C.; Eric Saylor, by next friend T.S.; Brigit Stevens, by next friend B.F.S.; Joseph Stevens, by next friend B.F.S.; Jane Smith, by next friend Robert Smith; John Smith, by next friend Robert Smith; Lara Newsom, by next friend B.F.; John Doe, by next friend James Doe

Plaintiffs - Appellees

v.

Kimberly Reynolds, in her official capacity as Governor of the State of Iowa; McKenzie Snow, in her official capacity as Director of the Department of Education; Iowa Department of Education; Iowa State Board of Education

Defendants - Appellants

Julie Mitchell, in their official capacities as board members of the Urbandale Community School District; Steve Richman, in their official capacities as board members of the Urbandale Community School District; Molly Abraham, in their official capacities as board members of the Iowa City Community School District; Matt Adams, in his official capacity as West Des Moines Community Schools Superintendent; Michael Andreski, in their official capacities as board members of the West Des Moines Community Schools District; Pam Arndorfer, in their official capacities as board members of the Waterloo Community School District; J.P. Claussen, in their official capacities as board members of the Iowa City Community School District; Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent; Matt Degner, in his official capacity as Iowa City Community School District Superintendent; Rod Earleywine, in his official capacity as Sioux City Community School District Superintendent; Charlie Eastham, in their official capacities as board members of the Iowa City Community School District; Lance D. Ehmcke, in their official capacities as board members of the Sioux City Community School District; Fannette Elliott, in their official capacities as board members of the West Des Moines Community Schools District; Janelle G. Ewing, in their official capacities as board members of the Waterloo Community School District; Jayne Finch, in their official capacities as board members of the Iowa City Community School District; Sue Flynn, in their official capacities as board members of the Waterloo Community School District; Jan George, in their official capacities as board members of the Sioux City Community School District; Dan Greenwell, in their official capacities as board members of the Sioux City Community School District; Jeff Hicks, in their official capacities as board members of the West Des Moines Community Schools District; Katherine Howsare, in their official capacities as

board members of the Urbandale Community School District; Iowa City Community School District; Jill Caton Johnson, in their official capacities as board members of the West Des Moines Community Schools District; Rachel Kent, in their official capacities as board members of the Urbandale Community School District; Jesse Knight, in their official capacities as board members of the Waterloo Community School District; Elizabeth Larson, in their official capacities as board members of the West Des Moines Community Schools District; Treyla Lee, in their official capacities as board members of the Sioux City Community School District; Mitch Lingo, in their official capacities as board members of the Iowa City Community School District; Ruthina Malone, in their official capacities as board members of the Iowa City Community School District; Jenny Meade, in their official capacities as board members of the Urbandale Community School District; Jason Menke, in their official capacities as board members of the Urbandale Community School District; John Meyers, in their official capacities as board members of the Sioux City Community School District; Bob Michaelson, in their official capacities as board members of the Sioux City Community School District; Earl Miller, in their official capacities as board members of the Sioux City Community School District; Stacie Mills, in their official capacities as board members of the Waterloo Community School District; Anadelia Morgan, in their official capacities as board members of the West Des Moines Community Schools District; Lyle Schmitt, in their official capacities as board members of the Waterloo Community School District; Sioux City Community School District; Jared Smith, in their official capacities as board members of the Iowa City Community School District; Jeff Sommerfeldt, in their official capacities as board members of the Waterloo Community School District; Lila P. Montoya Starr, in their official capacities as board members of the West Des Moines Community Schools District; Urbandale Community School District; Josh Van Rswyk, in their official capacities as board members of the Urbandale Community School District; Waterloo Community School District, in his official capacity as Waterloo Community School District Superintendent; West Des Moines Community School District; Astor Williams, in their official capacities as board members of the Waterloo Community School District; Carissa Williams, in their official capacities as board members of the Urbandale Community School District; Lisa Williams, in their official capacities as board members of the Iowa City Community School District; Margaret Young, in their official capacities as board members of the Urbandale Community School District

Defendants

------------------------------

PEN American Center, Inc.; One Iowa; League of Women Voters of Iowa; American Booksellers for Free Expression; Association of American Publishers, Inc.; Authors Guild, Inc.; Comic Book Legal Defense Fund; Educational Book and Media Association; Freedom to Learn Advocates; Half Price Books, Records, Magazines, Inc.; Independent Book Publishers Association; National Press Photographers Association; National Writers Union; National Education Association; The Trevor Project, Inc.; GLSEN, Inc.; Iowa School Counselor Association; Freedom to Read Foundation; Iowa Library Association; American Association of School Librarians; Constitutional Law Professors at Law Schools Throughout the Eighth Circuit; Sisters in Crime

Amici on Behalf of Appellee(s)
_____

No: 24-1082
_____

Penguin Random House, LLC; Laurie Halse Anderson; John Green; Malinda Lo; Jodi Picoult; Scott Bonz, by next friend Hailie Bonz; Iowa State Education Association; Mari Butler Abry; Alyson Browder; Daniel Gutmann

Plaintiffs - Appellees

v.

John Robbins, in his official capacity as President of the Iowa State Board of Education; McKenzie Snow, in her official capacity as Director of the Iowa State Department of Education; Chad Janzen, in his official capacity as Chair of the Iowa State Board of Educational Examiners

Defendants - Appellants

Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent; Shawn Holloway, in his official capacity as Norwalk Community School District Superintendent; Norwalk Community School District Board of Directors; Urbandale Community School District Board of Directors

Defendants

------------------------------

PEN American Center, Inc.; American Booksellers for Free Expression; Association of American Publishers, Inc.; Authors Guild, Inc.; Comic Book Legal Defense Fund; Educational Book and Media Association; Freedom to Learn Advocates; Half Price Books, Records, Magazines, Inc.; Independent Book Publishers Association; National Press Photographers Association; National Writers Union; Sisters in Crime; National Education Association; Freedom to Read Foundation; Iowa Library Association; American Association of School Librarians; Foundation for Individual Rights and Expression

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)
(4:23-cv-00478-SHL)

---

**JUDGMENT**

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the

district court, briefs of the parties and were argued by counsel.

Appellate Case: 24-1082     Page: 3     Date Filed: 08/09/2024 Entry ID: 5422733

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 09, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Maureen W. Gornik