# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1075

GLBT Youth in Iowa Schools Task Force, doing business as Iowa Safe Schools, et al.

Appellees

v.

Kimberly Reynolds, in her official capacity as Governor of the State of Iowa, et al.

Appellants

Julie Mitchell, in their official capacities as board members of the Urbandale Community School District, et al.

------------------------------

PEN American Center, Inc., et al.

Amici on Behalf of Appellee(s)

No: 24-1082

Penguin Random House, LLC, et al.

Appellees

v.

John Robbins, in his official capacity as President of the Iowa State Board of Education, et al.

Appellants

Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent, et al.

------------------------------

PEN American Center, Inc., et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)
(4:23-cv-00478-SHL)

---

**MANDATE**

In accordance with the opinion and judgment of August 9, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 30, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit